Form 106−C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Allison L. Respet

CASE NUMBER: 25−22960−GLT

RELATED TO DOCUMENT NO: 8

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The Creditor Request for Notices that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

Creditor to refile Creditor Request for Notices ensuring to correct the Judge's Initials in the caption. JGL are invalid initials, please update your records to reflect the correct case number as 25−22960−GLT and refile the document.

You must file corrected Creditor Request for Notices within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Creditor Request for Notices that is filed in response to this Notice.**

Dated this The 4th of November, 2025

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22960-GLT |
| Allison L. Respet | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Nov 04, 2025 | Form ID: 106c | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16603700 | + Email/PDF: acg.acg.ebn@aisinfo.com | Nov 05 2025 00:17:58 | Ally Bank, c/o AIS Portfolio Services, LLC., 4515 N. Santa Fe Avenue., Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael S. Geisler | on behalf of Debtor Allison L. Respet m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 3