IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **ALLISON L. RESPET,** | : | Case No. **25-22960-GLT** |
| *Debtor* | : | |
| | : | Related to Doc. No. 10 |
| **ALLISON L. RESPET**, | : | |
| *Movant,* | : | Filed under Section |
| vs. | : | 362(c)(3) of the |
| | : | Bankruptcy Code |
| **ALLY BANK, ONE MAIN FINANCIAL,  PNC BANK, N.A., VERIZON, and** | : | |
| **WEST PENN POWER,** | : | Hearing Date: 11/26/2025 |
| *Respondents* | : | at 10:00 a.m. |

### DEBTOR'S CORRECTED EXHIBIT B TO SUPPLEMENT TO MOTION TO EXTEND THE AUTOMATIC STAY UNDER SECTION 362 (c)(3) OF THE BANKRUPTCY CODE

AND NOW comes the Debtor, ALLISON L. RESPET, by and through the Debtor's Attorney, MICHAEL S. GEISLER, ESQUIRE, and files this Corrected Exhibit B, of which the following is a statement:

1.      Attached as Corrected Exhibit "B" is the Debtor's pay stubs for October and November 2025.


WHEREFORE, the Debtor so reports to the Court.


DATED: 11/17/2025

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **ALLISON L. RESPET,** | : | Case No. **25-22960-GLT** |
| *Debtor* | : | |
| | : | Related to Doc. No. 10 |
| **ALLISON L. RESPET**, | : | |
| *Movant,* | : | Filed under Section |
| vs. | : | 362(c)(3) of the |
| | : | Bankruptcy Code |
| **ALLY BANK, ONE MAIN FINANCIAL,  PNC BANK, N.A., VERIZON, and** | : | |
| **WEST PENN POWER,** | : | Hearing Date: 11/26/2025 |
| *Respondents* | : | at 10:00 a.m. |

## <u>CERTIFICATE OF SERVICE</u>

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Supplement to Motion to Extend Stay upon the following by First Class Mail Postage Prepaid unless otherwise indicated below:

RONDA J. WINNECOUR, TRUSTEE          (BY ECF SYSTEM)
3250 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE          (BY ECF SYSTEM)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222


DATED: 11/13/2025

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Tele:   (412) 613-2133
E-Mail: m.s.geisler@att.net

Payslip Document Page 3 of 8
Payslip - Allison L Respet - 10/05/2025
(Regular) - Complete

## Company Information

| Name | Address | Phone |
|------|---------|-------|
| PNC Bank NA | PNC Bank NA<br>1900 East 9th St B7-YB13-23-1<br>Cleveland, OH 44114<br>United States of America | +1 877-968-7762 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Allison L Respet | 213 Roaring Run Rd<br>Champion, PA 15622 | 696333646 | 09/22/2025 | 10/05/2025 | 10/03/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|-----------------|---------------------|---------|
| Current | 72.00 | 3,423.84 | 320.70 | 639.82 | 13.47 | 2,449.85 |
| YTD | 1,376.00 | 82,308.02 | 6,953.86 | 17,413.30 | 630.20 | 57,310.66 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|-------------|-------|-------|------|--------|-----------|------------|
| Incentive | | | | | 0.00 | 8,500.00 |
| Holiday | | | | | 56.00 | 2,321.17 |
| Life Insurance - Imputed Income | 09/22/2025 - 10/05/2025 | 0.00 | 0.00 | 1.80 | 0.00 | 34.88 |
| Non-Cash Award | 09/22/2025 - 10/05/2025 | 0.00 | 0.00 | 0.75 | 0.00 | 346.28 |
| Incentive | | | | | 0.00 | 6,000.00 |
| Personal Day | | | | | 8.00 | 342.31 |
| Regular Pay - Salary | 09/22/2025 - 10/05/2025 | 72.00 | 42.788462 | 3,080.78 | 1,376.00 | 57,952.08 |
| VAC_Vacation | 09/22/2025 - 10/05/2025 | 8.00 | 42.788462 | 342.31 | 112.00 | 4,792.32 |
| Occasional Absence | | | | | 48.00 | 2,053.86 |
| | | | | Total: 3,425.64 | | 82,342.90 |

## Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 200.99 | 4,877.38 |
| Medicare | 47.01 | 1,140.68 |
| Federal Withholding | 255.55 | 8,097.26 |
| State Tax - PA | 99.47 | 2,414.03 |
| SUI-Employee Paid - PA | 2.40 | 57.62 |
| City Tax - HMPFD | 32.40 | 786.33 |
| PA LST - HMPFD | 2.00 | 40.00 |
| | Total: 639.82 | 17,413.30 |

## Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Dental | 7.90 | 158.00 |
| Health Savings Plan EE Contri | 115.39 | 2,307.66 |

Case 25-22960-GLT    Doc 15    Filed 11/17/25    Entered 11/17/25 04:46:41    Desc Main
10:16 AM
Payslip  Dollison L  Range 4 0/05/2025
Document  Page 4 of 8
11/12/2025
(Regular) - Complete
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Pretax Matched | 136.92 | 3,278.40 |
| Medical | 57.00 | 1,140.00 |
| Vision | 3.49 | 69.80 |
| Total: | 320.70 | 6,953.86 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Accident Insurance | 0.17 | 3.40 |
| NCA Offset | 0.50 | 231.00 |
| Optional Life Child | 1.03 | 20.60 |
| Optional Life Employee | 5.40 | 108.00 |
| Optional Life Spouse | 6.37 | 127.40 |
| State Tax Levy (2450951439) | | 69.90 |
| State Tax Levy (2477734363) | | 69.90 |
| Total: | 13.47 | 630.20 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Health Savings Plan ER Contrib | 3.84 | 76.80 |
| Employer Match | 136.92 | 3,278.40 |
| Wellness Employee Incentive | | 600.00 |
| Total: | 140.76 | 3,955.20 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,241.86 | 78,667.44 |
| Medicare - Taxable Wages | 3,241.86 | 78,667.44 |
| Federal Withholding - Taxable Wages | 3,104.94 | 75,389.04 |
| State Tax Taxable Wages - PA | 3,240.06 | 78,632.56 |
| City Tax Taxable Wages - HMPFD | 3,240.06 | 78,632.56 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Occasional Absence Time Off Plan | 0.00 | 0.00 | 16.00 |
| Personal Day Time Off Plan | 0.00 | 0.00 | 0.00 |
| Vacation Time Off Plan | 13.34 | 8.00 | 21.40 |

### Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Not Available | Not Available ******0208 | ******0208 | 2,449.85 | USD |
| | | Total: | 2,449.85 | |

Payslip - Allison L Respet 10/19/2025
(Regular) - Complete

## Company Information

| Name | Address | Phone |
|---|---|---|
| PNC Bank NA | PNC Bank NA<br>1900 East 9th St B7-YB13-15-1<br>Cleveland, OH 44114<br>United States of America | +1 877-968-7762 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Allison L Respet | 213 Roaring Run Rd<br>Champion, PA 15622 | 696333646 | 10/06/2025 | 10/19/2025 | 10/17/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 56.00 | 3,430.55 | 320.70 | 642.02 | 17.97 | 2,449.86 |
| YTD | 1,432.00 | 85,738.57 | 7,274.56 | 18,055.32 | 648.17 | 59,760.52 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Incentive | | | | | 0.00 | 8,500.00 |
| Holiday | 10/06/2025 - 10/19/2025 | 8.00 | 42.788462 | 342.31 | 64.00 | 2,663.48 |
| Life Insurance - Imputed Income | 10/06/2025 - 10/19/2025 | 0.00 | 0.00 | 1.80 | 0.00 | 36.68 |
| Non-Cash Award | 10/06/2025 - 10/19/2025 | 0.00 | 0.00 | 7.46 | 0.00 | 353.74 |
| Occasional Absence | 10/06/2025 - 10/19/2025 | 16.00 | 42.788462 | 684.62 | 64.00 | 2,738.48 |
| Incentive | | | | | 0.00 | 6,000.00 |
| Personal Day | | | | | 8.00 | 342.31 |
| Regular Pay - Salary | 10/06/2025 - 10/19/2025 | 56.00 | 42.788462 | 2,396.16 | 1,432.00 | 60,348.24 |
| VAC_Vacation | | | | | 112.00 | 4,792.32 |
| | | | | Total: 3,432.35 | | 85,775.25 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 201.41 | 5,078.79 |
| Medicare | 47.10 | 1,187.78 |
| Federal Withholding | 256.96 | 8,354.22 |
| State Tax - PA | 99.68 | 2,513.71 |
| SUI-Employee Paid - PA | 2.40 | 60.02 |
| City Tax - HMPFD | 32.47 | 818.80 |
| PA LST - HMPFD | 2.00 | 42.00 |
| Total: | 642.02 | 18,055.32 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 7.90 | 165.90 |

Payslip Allison L Range 10/19/2025
(Regular) - Complete

| Description | Amount | YTD |
|---|---|---|
| Health Savings Plan EE Contri | 115.39 | 2,423.05 |
| Pretax Matched | 136.92 | 3,415.32 |
| Medical | 57.00 | 1,197.00 |
| Vision | 3.49 | 73.29 |
| Total: | 320.70 | 7,274.56 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Accident Insurance | 0.17 | 3.57 |
| NCA Offset | 5.00 | 236.00 |
| Optional Life Child | 1.03 | 21.63 |
| Optional Life Employee | 5.40 | 113.40 |
| Optional Life Spouse | 6.37 | 133.77 |
| State Tax Levy (2450951439) | | 69.90 |
| State Tax Levy (2477734363) | | 69.90 |
| Total: | 17.97 | 648.17 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Health Savings Plan ER Contrib | 3.84 | 80.64 |
| Employer Match | 136.92 | 3,415.32 |
| Wellness Employee Incentive | | 600.00 |
| Total: | 140.76 | 4,095.96 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,248.57 | 81,916.01 |
| Medicare - Taxable Wages | 3,248.57 | 81,916.01 |
| Federal Withholding - Taxable Wages | 3,111.65 | 78,500.69 |
| State Tax Taxable Wages - PA | 3,246.77 | 81,879.33 |
| City Tax Taxable Wages - HMPFD | 3,246.77 | 81,879.33 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Occasional Absence Time Off Plan | 0.00 | 16.00 | 0.00 |
| Personal Day Time Off Plan | 0.00 | 0.00 | 0.00 |
| Vacation Time Off Plan | 0.00 | 0.00 | 21.40 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Not Available | Not Available ******0208 | ******0208 | 2,449.86 USD | |
| | | Total: | 2,449.86 | |

Payslip - Allison L Respet 11/02/2025
(Regular) - Complete

## Company Information

| Name | Address | Phone |
|------|---------|-------|
| PNC Bank NA | PNC Bank NA<br>1900 East 9th St B7-YB13-15-1<br>Cleveland, OH 44114<br>United States of America | +1 877-968-7762 |

## Payslip Information

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Allison L Respet | 213 Roaring Run Rd<br>Champion, PA 15622 | 696333646 | 10/20/2025 | 11/02/2025 | 10/31/2025 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|----------------|--------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 80.00 | 3,423.82 | 320.70 | 639.81 | 13.47 | 2,449.84 |
| YTD | 1,512.00 | 89,162.39 | 7,595.26 | 18,695.13 | 661.64 | 62,210.36 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|-------------|-------|-------|------|--------|-----------|------------|
| Incentive | | | | | 0.00 | 8,500.00 |
| Holiday | | | | | 64.00 | 2,663.48 |
| Life Insurance - Imputed Income | 10/20/2025 - 11/02/2025 | 0.00 | 0.00 | 1.80 | 0.00 | 38.48 |
| Non-Cash Award | 10/20/2025 - 11/02/2025 | 0.00 | 0.00 | 0.74 | 0.00 | 354.48 |
| Occasional Absence | | | | | 64.00 | 2,738.48 |
| Incentive | | | | | 0.00 | 6,000.00 |
| Personal Day | | | | | 8.00 | 342.31 |
| Regular Pay - Salary | 10/20/2025 - 11/02/2025 | 80.00 | 42.788462 | 3,423.08 | 1,512.00 | 63,771.32 |
| VAC_Vacation | | | | | 112.00 | 4,792.32 |
| | | | | Total:  3,425.62 | | 89,200.87 |

## Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 201.00 | 5,279.79 |
| Medicare | 47.01 | 1,234.79 |
| Federal Withholding | 255.54 | 8,609.76 |
| State Tax - PA | 99.47 | 2,613.18 |
| SUI-Employee Paid - PA | 2.39 | 62.41 |
| City Tax - HMPFD | 32.40 | 851.20 |
| PA LST - HMPFD | 2.00 | 44.00 |
| | Total:  639.81 | 18,695.13 |

## Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Dental | 7.90 | 173.80 |
| Health Savings Plan EE Contri | 115.39 | 2,538.44 |
| Pretax Matched | 136.92 | 3,552.24 |

Case 25-22960-GLT    Doc 15    Filed 11/17/25    Entered 11/17/25 04:46:41    Desc Main
Payslip - Collison L Range 8 r/08/2025
Document Page 8 of 8
(Regular) - Complete

09:44 AM
11/12/2025
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Medical | 57.00 | 1,254.00 |
| Vision | 3.49 | 76.78 |
| Total: | 320.70 | 7,595.26 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Accident Insurance | 0.17 | 3.74 |
| NCA Offset | 0.50 | 236.50 |
| Optional Life Child | 1.03 | 22.66 |
| Optional Life Employee | 5.40 | 118.80 |
| Optional Life Spouse | 6.37 | 140.14 |
| State Tax Levy (2450951439) | | 69.90 |
| State Tax Levy (2477734363) | | 69.90 |
| Total: | 13.47 | 661.64 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Health Savings Plan ER Contrib | 3.84 | 84.48 |
| Employer Match | 136.92 | 3,552.24 |
| Wellness Employee Incentive | 50.00 | 650.00 |
| Total: | 190.76 | 4,286.72 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,241.84 | 85,157.85 |
| Medicare - Taxable Wages | 3,241.84 | 85,157.85 |
| Federal Withholding - Taxable Wages | 3,104.92 | 81,605.61 |
| State Tax Taxable Wages - PA | 3,240.04 | 85,119.37 |
| City Tax Taxable Wages - HMPFD | 3,240.04 | 85,119.37 |

## Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Occasional Absence Time Off Plan | 0.00 | 0.00 | 0.00 |
| Personal Day Time Off Plan | 0.00 | 0.00 | 0.00 |
| Vacation Time Off Plan | 13.34 | 0.00 | 34.74 |

## Payment Information

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| Not Available | Not Available ******0208 | ******0208 | 2,449.84 | USD |
| | | Total: | 2,449.84 | |