IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>   Allison L. Respet<br><br><br>                             Debtor<br>   Allison L. Respet<br>Movant<br><br>                 v.<br>No Respondent | : : : : : : : : : : : : : | Bankruptcy No. 25-22960-GLT<br><br>Chapter 13<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __Michael S. Geisler Pa I.D. No. 39414___, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: /s/ Michael S. Geisler
    Signature
Michael S. Geisler Pa I.D. No. 39414
    Typed Name
1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
    Address
(412) 613-2133   Fax:(412) 774-0575
    Phone No.
Pa I.D. No. 39414
    List Bar I.D. and State of Admission

```
Carvana, LLC.
a/k/a Bridgecrest
c/o AIS Portfolio Services, LLC 4515 N.
Oklahoma City, OK 73118


Matthew Fissel, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center 701 Marke
Philadelphia, PA 19106


One Main Financial
P.O. Box 183172
Columbus, OH 43218-3172


OneMain Financial Group, LLC.
Attn: Bankruptcy
P.O. Box 3251
Evansville, IN 47731


PNC Bank
P.O. Box 94982
Cleveland, OH 44101


PNC Bank
c/o KML Law Group
701 Market Street Suite 5000
Philadelphia, PA 19106


PNC Bank
c/o KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106


PNC Bank
3232 Newmark Drive
Miamisburg, OH 45342


PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101


Thomas Respet
213 Roaring Run Road
Champion, PA 15622


Verizon by American Infosource as agent
by American Infosource as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118


West Penn Power
5001 NASA Blvd.
Fairmont, WV 26554


West Penn Power
5001 NASA Blvd.
Fairmont, WV 26554
```