IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| --- | --- | --- |
| | : | |
| **ALLISON L. RESPET** | : | Case No.    **25-22960-GLT** |
| | : | |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 6/1/2025 | 7/1/2025 | 8/1/2025 | 9/1/2025 | 10/1/2025 | 11/1/2025 |
| --- | --- | --- | --- | --- | --- | --- |
| Wife Take Home | $5,311.26 | $5,311.26 | $5,311.26 | $5,311.26 | $5,311.26 | $5,311.26 |
| Wife Second Job | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Husband take Home | $2,903.00 | $2,903.00 | $2,903.00 | $2,903.00 | $2,903.00 | $2,903.00 |
| Total | $8,414.26 | $8,414.26 | $8,414.26 | $8,414.26 | $8,414.26 | $8,414.26 |

DATED:   11/17/2025

/s/ Michael S. Geisler

**MICHAEL S. GEISLER, ESQUIRE**

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net