IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No.: **25-22960-GLT** |
| **ALLISON L. RESPET,** | : | Judge Gregory L. Taddonio |
| SSN: XXX-XX-5002 | : | |
| *Debtor*, | : | Chapter 13 |
| ================================== | : | Doc. No. |
| **ALLISON L. RESPET,** | : | |
| *Movant*, | : | |
| vs. | : | |
| | : | |
| **PNC BANK, N.A.** | : | |
| *Respondent*, | : | |

**CERTIFICATE OF SERVICE**
**OF ORDER TO PAY TRUSTEE DATED 11/18/2025**

    I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the *Order to Pay Trustee dated 11/18/2025 along with the Notification of Debtor's Social Security Number*, upon the following by U.S. First Class Mail, postage prepaid:

PNC BANK, N.A..
Attn: Payroll Manager
1900 East 9th St B7-YB13-15-1
Cleveland, OH 44114


DATED: 11/19/2025

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

1100 Penn Center Blvd., Suite 704
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-Mail: m.s.geisler@att.net